CASE NO.: __10-46340-LMI__

☒ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Roberto Anderson                    CO-DEBTOR: Maria Anderson
Last Four Digits of SS# xxx-xx-4694          Last Four Digits of SS# xxx-xx-3668

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __36__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

A. $__142.22__ for months __1__ to __36__ ;
B. $_____ for months _____ to _____;
C. $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee    $ 3,750.00 + $500.00 (Motion to Value)=$4,250.00
                   TOTAL PAID       $ 1,800.00
                   Balance Due      $ 2,450.00  payable $ 102.09 month (Months __1__ to __24__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

__n/a__
Address _____        Arrearage on Petition Date $ _____
        _____        Arrears Payment $_____/month (Months____ to ___)
        _____        Arrears Payment $_____/month (Months____ to ___)
                                Regular Payment $_____/month (Months____ to ___)

_____                Arrears Payment $_____
_____                Arrears Payment $_____/month (Months____ to ___)
                                Regular Payment $_____/month (Months____ to ___)
                                Arrears Payment $_____/month (Months____ to ___)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America Loan #xxxxxxxx8978 Prop Address: 110 NE 171st Terr North Miami Beach, FL 33162 | Homestead Property $67,191.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

__n/a__                    Total Due $_____
                           Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 25.91 month (Months __1__ to __24__). Pay $128.00 mo (Mos 25 to 36)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :). The debtor is paying Ocwen Loan Servicing, LLC (Loan#xxxxx3126) and Regional Bank (Loan#xxxxx7657) directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____                    _____
Debtor                                       Joint Debtor
Date: 12/17/10                               Date: 12/17/10

LF-31 (rev. 06/02/08)